UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUANGHUEI LIANG, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ALEXANDER KALLIS,<br><br>    Defendant. | No. 2:21–cv–0595–JAM–CKD PS<br><br>ORDER<br><br>(ECF No. 5) |

On April 30, 2021, the magistrate judge filed findings and recommendations (ECF No. 5), which were served on the plaintiffs and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. No objections were filed. Accordingly, the court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

////
////
////
////
////
////

1

1 | The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the findings and recommendations in full.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 5) are ADOPTED IN FULL;
2. This action is DISMISSED without prejudice and without leave to amend; and
3. The Clerk of Court is directed to close this case.

DATED:  June 1, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE